UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEFFREY LEE BRAGG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-421 |
| v. ) | (VARLAN/SHIRLEY) |
| ) | |
| ) | |
| PARC PIGEON FORGE, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on October 8, 2014 pursuant to Defendant's Motion in Limine to Exclude Certain Testimony, Evidence, Arguments, and/or Comments and to Suspend/Postpone Defendant's Expert Disclosure Deadline, [Doc. 10], and Plaintiff's Motion Amend Addendum. [Doc. 13]. Attorney Latisha J. Stubblefield was present for the Defendant and attorney George G. Garrison appeared for the Plaintiff.

During oral argument, counsel informed the Court that Plaintiff had submitted expert disclosures. However, defense counsel argued that the disclosures were at least twenty days late and failed to comply with Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(C). Defense counsel moved the Court to compel Plaintiff to produce expert disclosures that fully comply with the FRCP 26(a)(2)(C) and specifically, to provide a summary of what each individual expert witness will testify to, including any expert opinions regarding causal injuries, permanent injuries, and Plaintiff's permanent impairment rating. Defense counsel also requested an

1

extension of time to submit defense expert witness disclosures in light of Plaintiff's non-compliance and resulting delay.

The Court finds the Defendant's oral motion well-taken, and it is hereby **GRANTED**. The Plaintiff shall have up to and including **October 22, 2014** to file full and complete expert disclosures in compliance with FRCP 26(a)(2)(C), specifically providing a summary of facts and opinions as to which each expert witness will testify to, including any testimony regarding causal injuries, permanent injuries, and Plaintiff's permanent impairment rating. The Defendant must provide expert disclosures by **November 21, 2014.** The discovery deadline is hereby extended to **December 11, 2014.**

The Court interprets the Plaintiff's Motion to Amend Addendum as a motion to amend Ad Damnum. The Court finds this motion well-taken, and it is hereby **GRANTED.**

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge